```
                  U.S. DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
                         FILED
                       JUN 1 3 2006
                  CLERK, U.S. DISTRICT COURT
                  By _____
                              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 3-03-CR-379-R |
| | ) | |
| TRACY M. OLIVER | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that Defendant's motion to sell property in Wichita County is denied.

SO ORDERED this 13 day of June, 2006.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE